IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NUUH AMIR NA'IM**  PLAINTIFF
**#116249**

v.  No: 4:21-cv-1154-DPM

**DEXTER PAYNE, Director, ADC;**
**C. CHISON, DoN, ADC; and**
**SPRINGFELLOW, Dentist**  DEFENDANTS

### ORDER

The Court adopts Magistrate Judge Ervin's unopposed partial recommendation, *Doc. 9*. FED. R. CIV. P. 72(b) (1983 addition to the advisory committee notes). Na'im's claims against Payne are dismissed without prejudice. His remaining claims against Chison and Springfellow will proceed.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 February 2022