# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**NUUH AMIR NA'IM**      **PLAINTIFF**
**#116249**

v.      No: 4:21-cv-1154-DPM

**CAROL CHISOM, DoN, ADC; and**
**SPRINGFELLOW, Dentist**      **DEFENDANTS**

## ORDER

The Court adopts Magistrate Judge Ervin's unopposed partial recommendation, *Doc. 19*. FED. R. CIV. P. 72(b) (1983 addition to the advisory committee notes). Chisom's motion to dismiss, *Doc. 17*, is granted. Na'im's claims against Chisom are dismissed without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 March 2022