## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**NUUH AMIR NA'IM**                                                 **PLAINTIFF**
**#116249**

v.                                   **No: 4:21-cv-1154-DPM**

**LOREN STRINGFELLOW, Dentist**                           **DEFENDANT**

### ORDER

The Court withdraws the reference and grants Dr. Stringfellow's motion for reconsideration, *Doc. 37.* He is correct: Arkansas law requires exhaustion of Na'im's ACRA and tort claims, too. ARK. CODE ANN. § 16–106–301(a). The Court has and will retain supplemental jurisdiction over those claims, which cover the same period as Na'im's § 1983 claim—25 June 2021 through 28 July 2021. The contrary aspects of this Court's 23 May 2022 Order, *Doc. 35*, are vacated. The Court returns the case to the Magistrate Judge.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 June 2022