# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**NUUH AMIR NA'IM**                                    **PLAINTIFF**
**#116249**

**v.**                    **No: 4:21-cv-1154-DPM**

**LOREN STRINGFELLOW, Dentist**                **DEFENDANT**

### ORDER

Na'im's motion for an extension, *Doc. 61*, is granted.  Objections due by 24 February 2023

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

<u>13 February 2023</u>