IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NUUH AMIR NA'IM**　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #116249**

v.　　　　　　　　　No. 4:21-cv-1154-DPM

**LOREN STRINGFELLOW, Dentist**　　　　　　　　**DEFENDANT**

### ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's recommendation, *Doc. 60*, and overrules Na'im's objections, *Doc. 63*. Fed. R. Civ. P. 72(b)(3). Motion for summary judgment, *Doc. 45*, granted. Na'im's medical deliberate indifference claim will be dismissed with prejudice. His medical negligence claim will be dismissed without prejudice.

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 April 2023