IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NUUH AMIR NA'IM**
**ADC #116249**                                                                            **PLAINTIFF**

v.                                    No. 4:21-cv-1154-DPM

**DEXTER PAYNE, Director, ADC;**
**CAROL CHISOM, DoN, ADC; and**
**LOREN STRINGFELLOW, Dentist**                                        **DEFENDANTS**

## JUDGMENT

Na'im's medical deliberate indifference claim against Stringfellow is dismissed with prejudice. His medical negligence claim against Stringfellow and his claims against Payne and Chisom are dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 April 2023