IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NUUH AMIR NA'IM**
**ADC #116249**                                                                     **PLAINTIFF**

v.                              No. 4:21-cv-1154-DPM

**DEXTER PAYNE, Director, ADC;**
**CAROL CHISOM, DoN, ADC; and**
**LOREN STRINGFELLOW, Dentist**                                 **DEFENDANTS**

ORDER

Motion, *Doc. 73*, is granted. Michelle Odum is relieved as counsel for Stringfellow.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 September 2023